UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                  Case No.  3:24-cr-75/TKW-01

**ANGEL GALVEZ,**

    **Defendant.**
_____/

## **ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **ANGEL GALVEZ**, to Counts One and Two of the indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 18th day of April, 2025.

_____
 **T. KENT WETHERELL, II**
 **UNITED STATES DISTRICT JUDGE**